**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  RONALD FREEMAN                                         §
       TARA DAVIS FREEMAN                               §   Case No.: 08-23565
                                                        §
                                                        §
       Debtor(s)                                        §

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

    1)    The case was filed on 09/05/2008.

    2)    This case was confirmed on 11/10/2008.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5)    The case was dismissed on 06/01/2009.

    6)    Number of months from filing to the last payment:  8

    7)    Number of months case was pending:  12

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $     32,700.00

    10)   Amount of unsecured claims discharged without payment $       .00

    11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

Case 08-23565    Doc 38    Filed 09/16/09    Entered 09/16/09 18:07:41    Desc Main Document    Page 2 of 5
end

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 4,000.00 |
| Less amount refunded to debtor | $ 250.00 |
| **NET RECEIPTS** | $ 3,750.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,218.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 270.00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,488.50 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHASE MANHATTAN MORT | SECURED | 239,160.00 | 238,809.67 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | 7,980.93 | 7,980.00 | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 1,568.65 | .00 | 1,569.00 | 50.00 | .00 |
| NATIONWIDE ACCEPTANC | SECURED | 9,782.00 | 6,590.74 | 6,590.74 | 200.00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,222.00 | 1,324.75 | 1,324.75 | .00 | .00 |
| ASSOCIATES CITIBANK | UNSECURED | NA | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NA | NA | NA | .00 | .00 |
| BANK FIRST | UNSECURED | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 801.00 | 606.71 | 606.71 | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | NA | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | NA | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | NA | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| CRYSLER FINANCIAL | UNSECURED | NA | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 1,451.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 643.00 | 745.47 | 745.47 | .00 | .00 |
| CONSECO FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | NA | NA | NA | .00 | .00 |
| AT&T BROADBAND | UNSECURED | 109.00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NA | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | NA | NA | NA | .00 | .00 |
| FCNB | UNSECURED | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 420.56 | 420.56 | .00 | .00 |
| DIRECTV | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| FREMONT INVESTMENT & | UNSECURED | NA | NA | NA | .00 | .00 |
| FREMONT INVESTMENT & | UNSECURED | NA | NA | NA | .00 | .00 |
| GE CUSTOM AUTO | UNSECURED | NA | NA | NA | .00 | .00 |
| GREEN TREE SERVICING | UNSECURED | NA | NA | NA | .00 | .00 |
| GREEN TREE SERVICING | UNSECURED | NA | NA | NA | .00 | .00 |
| NORTH RIVERSIDE POLI | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ADVOCATE BETHANY HOS | UNSECURED | 3,948.00 | NA | NA | .00 | .00 |
| ADVOCATE BETHANY HOS | UNSECURED | 449.00 | NA | NA | .00 | .00 |
| HFC USA/BENEFICIAL | UNSECURED | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 729.00 | 464.79 | 464.79 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 503.00 | 561.41 | 561.41 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 367.00 | 267.33 | 267.33 | .00 | .00 |
| HOUSEHOLD AUTO FINAN | UNSECURED | NA | NA | NA | .00 | .00 |
| IRWIN MORTGAGE CORP | UNSECURED | NA | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 316.15 | 316.15 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 240.00 | 250.40 | 250.40 | .00 | .00 |
| MERRICK BANK | UNSECURED | 977.00 | 820.63 | 820.63 | .00 | .00 |
| MERRICK BANK | UNSECURED | 573.00 | 529.33 | 529.33 | .00 | .00 |
| MERRICK BANK~ | UNSECURED | NA | NA | NA | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| NBGL CARSONS | UNSECURED | NA | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| NEW CENTURY MORTGAGE | UNSECURED | NA | NA | NA | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | NA | NA | NA | .00 | .00 |
| OCWEN FEDERAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| PROVIDIAN | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RNB FIELDS | UNSECURED | NA | NA | NA | .00 | .00 |
| RNB FIELDS | UNSECURED | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 845.00 | 890.84 | 890.84 | .00 | .00 |
| SAMS CLUB | UNSECURED | NA | NA | NA | .00 | .00 |
| SAMS CLUB | UNSECURED | NA | NA | NA | .00 | .00 |
| SOUTH CENTAL BANK & | UNSECURED | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPARTMENT | UNSECURED | 1,819.00 | 1,817.00 | 1,817.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 503.00 | 579.96 | 579.96 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,070.00 | 1,957.61 | 1,957.61 | .00 | .00 |
| UNIVERSAL LENDERS | UNSECURED | 1,384.00 | 961.41 | 961.41 | .00 | .00 |
| WILSHIRE CREDIT CORP | UNSECURED | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,387.17 | 1,387.17 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,226.87 | 1,226.87 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 11.50 | 11.50 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 7,980.00 | .00 | .00 |
| Debt Secured by Vehicle | 8,159.74 | 250.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,139.74 | 250.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 11.50 | 11.50 | .00 |
| **TOTAL PRIORITY:** | 11.50 | 11.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 15,128.39 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,488.50 |
| Disbursements to Creditors | $ | 261.50 |
| **TOTAL DISBURSEMENTS:** | $ | 3,750.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/16/2009                           /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**